**SPEARS & IMES** LLP

51 Madison Avenue
New York, NY 10010
tel 212-213-6996
fax 212-213-0849

David Spears
tel 212-213-6991
dspears@spearsimes.com





**MEMO ENDORSED**

August 20, 2012

**VIA HAND DELIVERY**

Honorable Denise L. Cote
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

      Re:    *Bayerische Landesbank, New York Branch v. Aladdin Capital Management LLC*, No. 11 Civ. 673 (DLC) (JLC)

Dear Judge Cote:

    We represent Plaintiffs in this action and write to oppose Defendant's request seeking an extension to October 1 to file a responsive pleading.

    The Second Circuit issued its decision on August 6, 2012, and we understand that the mandate will issue on August 27, or 21 days after the date of that decision. *See* Fed. R. App. P. 41. Pursuant to Federal Rule of Civil Procedure 12(a)(4)(A), Defendant's responsive pleading will be due, at the latest, on September 10, 2012, which is 14 days after notice of the disposition of Defendant's Rule 12 motion. Defendant will thus have approximately five weeks from the time of the Second Circuit's ruling to prepare its responsive pleading. We believe that five weeks is more than adequate, and that an additional three weeks beyond the time allotted by the Rules is unwarranted.

                                                Respectfully,

                                               David Spears

    cc:    Jason M. Halper, Esq. (via e-mail)

*The answer is due Sept. 21, 2012.*

*Denise Cote*
*Sept. 4, 2012*