UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BAYERISCHE LANDESBANK, NEW YORK BRANCH and BAYERISCHE LANDESBANK,<br><br>Plaintiffs,<br><br>-against-<br><br>ALADDIN CAPITAL MANAGEMENT LLC,<br><br>Defendant. | 1:11-cv-00673 (DLC) (JLC)<br><br>**NOTICE OF MOTION**<br><br>ELECTRONICALLY FILED |

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of its Motion to Strike from the Amended Complaint All References to Bayerische Landesbank, New York Branch as an Alleged Plaintiff, Defendant Aladdin Capital Management LLC ("ACM") hereby moves this Court, before the Honorable Denise L. Cote, U.S.D.J., United States Courthouse, 500 Pearl Street, New York, New York, 10007, for the entry of an Order striking from the Amended Complaint, including from the caption, all references to Bayerische Landesbank, New York Branch ("BayernLB-NY") as an alleged plaintiff pursuant to Fed. R. Civ. P. 12(f), and dismissing all claims brought against ACM by BayernLB-NY.

Dated:   New York, New York
         September 20, 2012

Respectfully submitted,

CADWALADER, WICKERSHAM & TAFT LLP

By:  _____/s/ Jason M. Halper_____
          Jason M. Halper
          Lambrina Mathews

One World Financial Center
New York, New York  10281
Telephone: (212) 504-6000
Fax: (212) 504-6666
jason.halper@cwt.com
lambrina.mathews@cwt.com

*Attorneys for Defendant*
*Aladdin Capital Management LLC*