UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                           :
BAYERISCHE LANDESBANK, NEW YORK BRANCH,    :
and BAYERISCHE LANDESBANK,                 :
                                           :   11 Civ. 673 (DLC)
                       Plaintiffs,         :
                                           :   ORDER
           -v-                             :
                                           :
ALADDIN CAPITAL MANAGEMENT LLC,            :
                                           :
                       Defendant.          :
                                           :
------------------------------------------X

DENISE COTE, District Judge:

    On September 20, 2012, defendant filed a motion to strike from the amended complaint all references to Bayerische Landesbank, New York Branch, pursuant to Rule 12(f), Fed. R. Civ. P., and to dismiss all claims brought by Bayerische Landesbank, New York Branch.  It is hereby

    ORDERED that this motion shall be addressed at the September 28 conference and a briefing schedule set at that time, if necessary.

    SO ORDERED:

Dated:     New York, New York
           September 21, 2012

                                              DENISE COTE
                             United States District Judge