Cote, D.

USDC SDNY
DOCUMENT
ELECTRONICALLY
DO
DATE: 9/9/2013

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BAYERISCHE LANDESBANK,

                      Plaintiff,

-against-

ALADDIN CAPITAL MANAGEMENT LLC and ALADDIN CAPITAL HOLDINGS LLC,

                      Defendants.

1:11-cv-00673 (DLC) (SN)

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER**

IT IS HEREBY STIPULATED AND AGREED by and among Plaintiff Bayerische Landesbank and Defendants Aladdin Capital Management LLC and Aladdin Capital Holdings LLC, through their respective undersigned counsel, that this Action is and shall be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41.

Dated: September 6, 2013

By: _____
David Spears
dspears@spearsimes.com
Jason T. Mogel
jmogel@spearsimes.com
Spears & Imes LLP
51 Madison Avenue
New York, NY 10010
Telephone: (212) 213-6996
Facsimile: (212) 213-0849
*Attorneys for Plaintiff Bayerische Landesbank*

So ordered.

_____
9/9/13

By: _____
Jason M. Halper
jason.halper@cwt.com
Lambrina Mathews
lambrina.mathews@cwt.com
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY 10281
Telephone: (212) 504-6000
Facsimile: (212) 504-6666

*Attorneys for Defendants Aladdin Capital Management LLC and Aladdin Capital Holdings LLC*

SO ORDERED.

_____
Hon. Denise L. Cote
U.S.D.J.